# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PATTI ROACH, | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO. 4:25-CV-01447-ALM-AGD** |
| v. | § | |
| | § | |
| NE PROPERTY MANAGEMENT, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 13, 2026, the Magistrate Judge entered a Report (Dkt. #18) recommending that Defendants' Rule 12(b)(6) Motion for Partial Dismissal (Dkt. #4) be granted. The Report recommended that Plaintiff's harassment and age claims be dismissed with prejudice. The Report further recommended and Plaintiff's remaining claims for sex and gender discrimination in violation of Title VII, and retaliation in violation of Title VII, be limited to acts that occurred after July 17, 2024. Finally, the Report recommended that Plaintiff's claim for retaliation under the TCHRA be limited to acts that occurred after November 14, 2024. On August 12, 2026, Defendants filed a Motion to Dismiss Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (Dkt. #16). Therein, Defendants requested that Plaintiff's case be dismissed for want of prosecution (Dkt. #16, at p. 5). Plaintiff did not respond to Defendants' latest Motion, nor did Plaintiff file an Objection to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' Rule 12(b)(6) Motion for Partial Dismissal (Dkt. #4) is **GRANTED**. Accordingly, Plaintiff's harassment and age claims are dismissed with prejudice.

It is further **ORDERED** that due to Plaintiff's failure to file an Objection or respond to Defendants' Motion to Dismiss Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (Dkt. #16), any claims not dismissed by the Report are dismissed without prejudice for want of prosecution.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE